627 A.2d 1134
IN THE MATTER OF THE REPUBLICAN PRIMARY ELECTION
FOR THE STATE SENATE 24TH DISTRICT.

RICHARD KAMIN v. GEORGE T. DAGGETT.

May 4, 1993.

Cross-petition for certification is granted, the judgment of the Appellate Division is modified and, as modified, is affirmed. Opinions setting forth the reasoning of the Court will issue in due course.

Chief Justice WILENTZ and Justices HANDLER, O'HERN, GARIBALDI, and STEIN join in this Order.

Justices CLIFFORD and POLLOCK would affirm the judgment below without modification.

627 A.2d 1134
STATE OF NEW JERSEY v. TRACY MINGO.

May 13, 1993.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division to consider defendant's excessive sentence claim.